

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 3 2015

JAMES W. McCORMACK, CLERK
By: _____
DI P CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

SARAH KOCH,

Plaintiff,

v.

GC SERVICES, LP,

Defendant.

CIVIL ACTION NO. 4:15CV478-JM

This case assigned to District Judge Moody
and to Magistrate Judge Volpe

## COMPLAINT

SARAH KOCH (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the following against GC SERVICES, LP (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Arkansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Denton, Arkansas.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a debt collection company with its headquarters in Houston, Texas.

## FACTUAL ALLEGATIONS

10. In or around 2015, Defendant began placing collection calls to Plaintiff at 217-520-58XX seeking and demanding payment for an alleged debt.

11. Plaintiff's alleged debt arises from transactions for personal, family, and/or household purposes.

12. In or around April of 2015, Defendant placed a collection call to Plaintiff and left a voicemail message.

13. In the voicemail message, Defendant's representative failed to disclose the name of the company placing the call, failed to state that the call was being placed by a debt collector, and failed to state that the call was being placed to collect an alleged debt. *See* Transcribed Voicemail Message attached hereto as Exhibit "A."

14. In the voicemail message, Defendant's representative directed Plaintiff to return the call to 800-652-7681 extension 175, which is a number that belongs to Defendant. *See* Exhibit "A."

15. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt

to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a.   Defendant violated §1692d(6) of the FDCPA by placing collection calls to Plaintiff without meaningful disclosure of the caller's identity.

    b.   Defendant violated § 1692e of the FDCPA by using false, deceptive or misleading representations or means in connection  with the collection of the debt;

    c.   Defendant violated § 1692e(11) of the FDCPA by failing to disclose in its communications with Plaintiff that the communication was from a debt collector.

WHEREFORE, Plaintiff, SARAH KOCH, respectfully requests judgment be entered against Defendant, GC SERVICES, LP, for the following:

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

19. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By:_____

Ryan Lee
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
Phone: (323) 988-2400 x 241
Fax: (866) 861-1390

# **EXHIBIT A**

"Hi, Sarah Koch, this is (unintelligible). Please give me a call back at 1-800-652-7681 extension 175.  Thank you."