**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

SARAH KOCH,

Plaintiff,

v.                                    CIVIL ACTION NO. 4:15-cv-478-jm

GC SERVICES, LP,

Defendant.

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SARAH KOCH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Date:   October 8, 2015                    RESPECTFULLY SUBMITTED,

                                            By: /s/ Ryan S. Lee
                                                Ryan S. Lee
                                                KROHN & MOSS, LTD.
                                                10474 Santa Monica Blvd.
                                                Suite 405
                                                Los Angeles, CA 90025
                                                (323) 988-2400 x241
                                                rlee@consumerlawcenter.com
                                                Attorneys for Plaintiff,
                                                SARAH KOCH

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on October 8, 2015, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:  /s/ Ryan S. Lee
Ryan S. Lee, Esq.