**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

SARAH KOCH,

Plaintiff,

v.                                             CIVIL ACTION NO. 4:15-cv-478-jm

GC SERVICES, LP,

Defendant.

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SARAH KOCH, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: November 23, 2015                KROHN & MOSS, LTD.


                                        By:/s/ Ryan Lee, Esq.
                                        Ryan Lee, Esq.
                                        Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/ Ryan Lee, Esq.
      Ryan Lee, Esq